OPINION — AG — ** DUAL OFFICE HOLDING — SCHOOL BOARD — MEMBERSHIP ** A DENTIST SERVING ON THE SCHOOL BOARD OF NORMAN, OKLAHOMA, MAY NOT ALSO SERVE ON THE BOARD OF GOVERNORS OF REGISTERED DENTISTS BECAUSE OF 51 O.S. 6 [51-6] (SCHOOL BOARD, STATE AGENCY, MEMBERSHIP, DUTIES) CITE: 59 O.S. 327.1 [59-327.1], 56 O.S. 6 [56-6], ARTICLE V, SECTION 39, 59 O.S. 327.52 [59-327.52] (W. J. MONROE)